Priority ———
Send ———
Enter ———
Closed ———
JS-5/JS-6 ———
JS-2/JS-3 ———
Scan Only ———

FILED
CLERK U.S. DISTRICT COURT

OCT - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERWIN SERRANO, | No. CV 10-00935-SVW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| ALAN BERSIN, et al, | |
| Defendants. | |

IT IS HEREBY ORDERED that Plaintiff's complaint under the Administrative Procedures Act ("APA") is dismissed with prejudice.  Further both parties will bear their own legal fees and costs.

Dated:  September 30, 2010

The Honorable Stephen V. Wilson
UNITED STATES DISTRICT JUDGE

No. CV 10-00935-SVW